IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES KEVIN CHAMBLEE,**

   *Petitioner*,

v.                                               Case No.: 3:24cv380-MW/MAL

**SHERRY SAULSBURY,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED** under Rule 4 of the Rules Governing Section 2254 Cases." The Clerk shall close the file.

**SO ORDERED on October 28, 2024.**

                                                        **s/Mark E. Walker** \_\_\_\_\_
                                                        **Chief United States District Judge**